The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST AND STEWART HOTEL OWNER, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>Defendant. | No. 2:21-cv-00344-BJR<br><br>STIPULATION AND ORDER ON BRIEFING SCHEDULE REGARDING DEFENDANT'S REVISED MOTION TO DISMISS |

## **STIPULATION**

The undersigned counsel have met and conferred pursuant to Fed. R. Civ. P. 26 and the local rules of the Western District of Washington and this Court. In light of First and Stewart's Amended Complaint, Fireman's Fund intends to submit a revised motion to dismiss. The Parties have conferred and propose the following stipulated disclosure and briefing schedule:

Fireman's Fund will file and serve its motion to dismiss within 30 days from filing of Amended Complaint.

First & Stewart will file and serve its opposition to the motion to dismiss no later than 30 days after receiving the motion to dismiss.

Fireman's Fund's will file and serve its reply 14 days of receiving the opposition papers from First & Stewart.

STIPULATION AND ORDER ON
BRIEFING SCHEDULE REGARDING
DEFENDANT'S REVISED MOTION TO
DISMISS - 1
Case No. 2:21-cv-00344-BJR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | | |
|---|---|---|
| 1 | DATED this 3rd day of May, 2021. | TANENBAUM KEALE, LLP |
| 2 | | |
| 3 | | By: s/Christopher S. Marks |
| 4 | | By: s/Malika Johnson |
| | | By: s/Alice C. Serko |
| 5 | | Christopher S. Marks, WSBA #28634 |
| 6 | | Malika Johnson, WSBA #39608 |
| | | Alice C. Serko, WSBA #45992 |
| 7 | | One Convention Place |
| 8 | | 701 Pike Street, Suite 1575 |
| | | Seattle WA 98101 |
| 9 | | (206) 889-5150 |
| | | Email:   cmarks@tktrial.com |
| 10 | | mjohnson@tktrial.com |
| | | aserko@tktrial.com |
| 11 | | seattle.service@tktrial.com |
| 12 | | **Attorneys for Plaintiff** |
| 13 | DATED this 3rd day of May, 2021. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 14 | | |
| 15 | | By: s/Joseph D. Jean |
| 16 | | By: s/Scott D. Greenspan |
| | | By: s/Benjamin D. Tievsky |
| 17 | | Joseph D. Jean (admitted pro hac vice) |
| 18 | | Scott D. Greenspan (admitted pro hac vice) |
| | | Benjamin D. Tievsky (admitted pro hac vice) |
| 19 | | 31 West 52nd Street |
| 20 | | New York, NY 10019-6131 |
| | | (212) 858-1000 |
| 21 | | Email:   joseph.jean@pillsburylaw.com |
| | | scott.greenspan@pillsburylaw.com |
| 22 | | benjamin.tievsky@pillsburylaw.com |
| 23 | | **Attorneys for Plaintiff** |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION AND ORDER ON
BRIEFING SCHEDULE REGARDING
DEFENDANT'S REVISED MOTION TO
DISMISS - 2
Case No. 2:21-cv-00344-BJR

| | | |
|---|---|---|
| 1 | DATED this 3rd day of May, 2021. | DLA PIPER |

By: s/Anthony Todaro
By: s/Joseph Davison
Anthony Todaro, WSBA No. 30391
Joseph Davison, WSBA No. 51264
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@us.dlapiper.com
E-mail: joseph.davison@us.dlapiper.com
***Attorneys for Defendant***
***Fireman's Fund Insurance Company***

STIPULATION AND ORDER ON BRIEFING SCHEDULE REGARDING DEFENDANT'S REVISED MOTION TO DISMISS - 3
Case No. 2:21-cv-00344-BJR

# ORDER

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Fireman's Fund Insurance Company to modify the briefing schedule regarding Defendant's revised Motion to Dismiss.

1. Fireman's Fund will file and serve its motion to dismiss within 30 days from filing of Amended Complaint.
2. First & Stewart will file and serve its opposition to the motion to dismiss no later than 30 days after receiving the motion to dismiss.
3. Fireman's Fund's will file and serve its reply 14 days of receiving the opposition papers from First & Stewart.

DATED May 3, 2021.

*Barbara J. Rothstein*

THE HONORABLE BARBARA J. ROTHSTEIN